Gerald Jones, Pro Se                              DATE:
P.O. Box 9106
W. Concord, Ma. 01742


Clerk Magistrate
Worcester Superior Court
225 Main Street
Worcester, Ma. 01608


Re: FILE AND DOCKET SERVICE OF COMPLAINT, SUMMONS AND DISCOVERY/
    INTERROGATORIES IN GERALD JONES V. CVS PHARMACY ET, AL.


Dear Madam/Sir:

Please file and docket the attached copies of "Proof Of Services" upon Defendants CVS PHARMACY et al, including Summons, Complaint and Discovery/Interrogatories.


Thank you,


Very truly your,

/s/ Gerald Jones


CC: Maura D. McLaughlin, Defendants Attorney

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. WOCV2012-00808

Gerald Jones

Plaintiff (s)

v.

Brian Hamilton

Defendant (s)

## SUMMONS

*   To the above-named Defendant:

You are hereby summoned and required to serve upon Gerald Jones, P.O. Box 9106, W. Concord, MA., plaintiff's attorney, whose address is 01742 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Worcester, the May day of 3 in the year of our Lord two thousand and 2012.

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
   If a separate summons is used for each defendant, each should be addressed to that particular defendant.

/   PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — (OTHER)

*   NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 1008.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on .......... May 3 ..............
20..12....., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

Brian Hamilton Assistant Store Manager
CVS Pharmacy 110 Front St. Worcester,
Ma. 01609

Dated: ......May 3........, 20.12.......

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

*[Signature]*
May 3, 2012

---

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No. WOCV2012-00868

Gerald Jones ............ Plaintiff

v.

Brian Hamilton ............ Defendant

SUMMONS

(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. WOCV2012-00808

Gerald Jones

Plaintiff (s)

v.

Richard Bousu

Defendant (s)

**SUMMONS**

* To the above-named Defendant:

You are hereby summoned and required to serve upon Gerald Jones, P.O. Box 9100, W. Concord, plaintiff's attorney, whose address is Mass. 01742 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Worcester, the May day of 3 in the year of our Lord two thousand and 2012.

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — **OTHER**

* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 1008.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ......May 3......
20.12......, I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

......Richard Bonsu cvs Pharmacy Technician......
......110 Front St. Worcester, Ma. 01609......

Dated: ......May 3......, 20..12...... .

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

[signature]
May 3, 2012

COMMONWEALTH OF MASSACHUSETTS
Worcester, ss.

Superior Court
Civil Action

No. WOCV2012-0866

Gerald Jones .......Plaintiff

v.

Richard Bonsu .......Defendant

SUMMONS
(Mass. R. Civ. P. 4)

## COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. WOC162012-00808

Gerald Jones

Plaintiff (s)

v.

CVS Pharmacy

Defendant (s)

**SUMMONS**

* To the above-named Defendant:

You are hereby summoned and required to serve upon ...Gerald Jones..., plaintiff's attorney, whose address is P.O. Box 966, W. Concord, Ma. 01742 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Worcester, the ...May... day of ...3... in the year of our Lord two thousand and ...2012...

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption.
If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — (OTHER)

* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 1008.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ............ *May 3* ......................................................................................

20... *12* ..., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5)):

*CVS Pharmacy 110 Front St Worcester MA 01609, by first class mail*

Dated: *May 3*, 20 *12*.

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

[Signature] *May 3*, 20 *12*

COMMONWEALTH OF MASSACHUSETTS
Worcester, ss.

Superior Court
Civil Action
No. *WoCV2012-00808*

*Gerald Jones* .......... Plaintiff

v.

*CVS Pharmacy* .......... Defendant

SUMMONS
(Mass. R. Civ. P. 4)

# COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Department of the Trial Court
of the Commonwealth
Civil Action

No. WOCV2012-00808

Gerald Jones

Plaintiff (s)

v.

Emanuel Hamptey

Defendant (s)

## SUMMONS

\* To the above-named Defendant:

You are hereby summoned and required to serve upon Gerald Jones, P.O. Box 7106, W. Concord, MA 01742 plaintiff's attorney, whose address is ................................................................., an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the SUPERIOR COURT Department of the Trial Court at WORCESTER either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13 (a), your answer must state as a counter-claim any claim which you may have against the plaintiff which arises out of the transaction of occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, Barbara J. Rouse, Esquire, at Worcester, the May day of 3, in the year of our Lord two thousand and 2012.

Clerk

NOTES:
1. This summons is issued pursuant to Rule 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all defendants should appear in the caption. If a separate summons is used for each defendant, each should be addressed to that particular defendant.

PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT — MOTOR VEHICLE TORT — CONTRACT EQUITABLE RELIEF — CH. 93A — MEDICAL MALPRACTICE — OTHER.

\* NOTICE TO DEFENDANT: You need not appear personally in court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein AND also file the original in the Clerk's Office, Superior Court, Room 1008.

## PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ......... *May 3* ............................................................
20..*12*....., I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P 4(d) (1-5):

......*Emanuel hamptey cvs pharmacist*......
......*10 Front St. Worcester, Ma. 01609*......
......*by first class mail*......

Dated: ......*May 3*......................, 20..*12*....... .

**N.B. TO PROCESS SERVER:**

PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX
**ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.**

[Signature]
*May 3*, 20*12*

---

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action

No. *WOCV2012-0088*

*Gerald Sues* .......... Plaintiff

v.

*Emanuel lamptey* .......... Defendant

SUMMONS

(Mass. R. Civ. P. 4)

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.
                                                                Superior Court
                                                                Civil Action
                                                                Docket No._____

GERALD JONES, Pro Se.,
     Plaintiff

Vs.

CVS PHARMACY
RICHARD BONSU, CVS PHARMACY Technician
EMMANUEL LAMPTEY, CVS Pharmacist
BRIAN HAMILTON, Assistant Store Manager
     Defendants,


CIVIL ACTION:


JURISDICTION:


    This Honorable Court has jurisdiction under State Tort Claims Law and M.G.L. Ch. 272 Section 98; G.L. Ch.12 Section 111 the Massachusetts Civil Rights Act and State laws. As well as Federal Civil Rights Act, 42 U.S.C. Sections 1981, 1982, 1983, 1985, 1986 and 1988.

(2)

FACTS:

1. The Plaintiff Gerald Jones, Pro Se, is and was at all times mentioned in this complaint a United States Citizens and a disabled Black American Protected Class Citizen of Massachusetts. The Defendants CVS Pharmacy buisness entitiy and corparation in the United States including Worcester Massachusetts at 110 Front Street employing the above entitled Defendants.

2. On or about Agust 23, 2011 Defendant Richard Bonsu refused to fill Plaintiff's perscription using his Transportation Access Pass. The exact same one he had used there in the past and other CVS Pharmacies for many years. Defendant Bonsu became irrate and belligerent calling Plaintiff a Nigger ordering him out the store saying he did not have to serve the Plaintiff. And that the Pharmacy had made a mistake in allowing him to use said I.D. in the past.

3. The Plaintiff then asked to see the Head Pharmacist Defendant Emmanuel Lamptey who was extremely billigerent and demeaning calling Plaintiff a Nigger and ordering him to leave the store. After Plaintiff asked him to verify through Pharmacy records that he had used said I.D. numerous times for years.

4. The Palintiff then asked to see the manager and was given Defendant assistant store manager Brian Hamilton who refused to let him see CVS's I.D. policy threatening to kick his ass calling him a Nigger and telling him he was calling the police. Which he did call after Plaintiff left store in fear of his personal safety and liberty.

CLAIMS FOR RELIEF:

5. The acts and omissions of all named Defendants individually and personally and in concert with one another was the direct and proximate cause of Plaintiff's public embarrassment and humilliation; fear and anxiety; mental anguish; emotional distress physical paine and dicomfort; lost of appetite and lost of sleep.

(4)

6. The acts and omissions of Defenant CVS Pharmacy for failing to properly train and supervise the herein Defendants amounted to vicarious and respondent superior liability for the wanton and intentional conduct of said Defendants. As well as a violation of one or more of Plaintiff's well established Rights secured under the State and federal laws. Plaintiff is entitled to damages and equitable relief.

DEMANDS:

7. Trial by jury

8. Compensatory and punitive damages against Defendant CVS Pharmacy in the amount of $500,000 Five Hundred Thousand Dollars.

9. Defendant Emmanuel Lampty, CVS Pharmacist compensatory and punitive damages in the amount of $150,000 One Hundred And Fifty Thousand dollars.

10. Defendant Richard Bonsu, CVS Pharmacy Technician $150,000 One Hundred And Fifty Thousand Dollars in compensatory and punitive damages.

11. Defendant Brian Hamilton, Assistant Store Manager $150,000 One Hundred And Fifty Thousand Dollars in compensatory and punitive damages.

COMMONWEALTH OF MASSACHUSETTS

Worcester, ss.

Superior Court
Civil Action
Docket No. _____

GERALD JONES, Pro Se.,
    Plaintiff,

-VS-

CVS PHARMACY, et, al.
    Defendants,

PLAINTIFF'S FIRST SET OF INTERROGATORIES
AND DISCOVERY REQUEST UPON DEFENDANT CVS:

DISCOVER/INTERROGATORIES:

1. All history of documented perscriptions given to Plaintiff from Defendant CVS PHARMACY, including dates times, serial numbers of identification used.

2. All of the names nationalities, racial identity, ethnicity and country origin of all named Defendants and other employers and employees at 110 Front Street Worcester, Massachusetts. Including employment history, past and present, positions held and educational backgrounds and special trainings.

(2)

Respectfully Submitted,

_/s/ Gerald Jones_
Gerald Jones, Pro se

CERTIFICATE OF SERVICE:

I, Gerald Jones, hereby depose and state that I mailed a true copy of the Complaint, Summons and Discover/Interrogatories request to All named Defendants by fist class mail on:

DATE: May 3, 2012

SIGNED UNDER THE PENALTY OF PERJURY:

_/s/ Gerald Jones_
Gerald Jones

| CIVIL ACTION COVER SHEET | DOCKET NO.(S) | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|
| PLAINTIFF(S) Gerald Jones, Pro Se | | DEFENDANT(S) CVS Pharmacy, Richard Bonsu, Emmanuel Lamptey And Brian Hamilton |
| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE P.O. Box 9106 W. Concord, Ma. 01742 Board of Bar Overseers number: | | ATTORNEY (if known) 110 Front St Worcester, Ma. 01609 |

Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231,s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| D99 E99 | Civil Rights And Tort | (F) | (X) Yes  ( ) No |

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

TORT CLAIMS
(Attach additional sheets as necessary)

Documented medical expenses to date:
1. Total hospital expenses .......................................... $ ..........
2. Total Doctor expenses ........................................... $ ..........
3. Total chiropractic expenses ..................................... $ ..........
4. Total physical therapy expenses ................................ $ ..........
5. Total other expenses (describe) ................................ Subtotal $ ..........
                                                                  $ ..........
Documented lost wages and compensation to date ................ $ ..........
Documented property damages to date ........................... $ ..........
Reasonably anticipated future medical and hospital expenses ... $ ..........
Reasonably anticipated lost wages .............................. 
Other documented items of damages (describe)                    $ ..........

Brief description of plaintiff's injury, including nature and extent of injury (describe)

Physical, Mental and emotional

eight Hundred
$ Thousand
TOTAL $ 800,000

CONTRACT CLAIMS
(Attach additional sheets as necessary)

ovide a detailed description of claim(s):

TOTAL $ ..........

LEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR OURT DEPARTMENT

I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on ispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute solution services and discuss with them the advantages and disadvantages of the various methods."

ignature of Attorney of Record _____ DATE: 4/19/12

# Commonwealth of Massachusetts
## County of Worcester
## The Superior Court

CIVIL DOCKET # WOCV2012-00808-A
Courtroom CtRm 20 - 4th fl (225 Main St.)

RE: Jones v CVS Pharmacy et al
TO:

    Gerald Jones
    MCI Concord
    965 Elm Street, PO Box 9106
    Concord, MA 01742

## SCHEDULING ORDER FOR F TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue **02/13/2014**.

### STAGES OF LITIGATION     DEADLINES

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | 07/23/2012 | 07/23/2012 | |
| Response to the complaint filed (also see MRCP 12) | | 08/22/2012 | |
| All motions under MRCP 12, 19, and 20 | 08/22/2012 | 09/21/2012 | 10/21/2012 |
| All motions under MRCP 15 | 08/22/2012 | 09/21/2012 | 10/21/2012 |
| All discovery requests and depositions served and non-expert depositions completed | 02/18/2013 | | |
| All motions under MRCP 56 | 03/20/2013 | 04/19/2013 | |
| Final pre-trial conference held and/or firm trial date set | | | 08/17/2013 |
| Case shall be resolved and judgment shall issue by **02/13/2014** | | | 02/13/2014 |

- The final pre-trial deadline is <u>not the scheduled date of the conference</u>.
- You will be notified of that date at a later time.
- Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

Dated: 04/30/2012                                                           Dennis P. McManus, Esq.
                                                                                        Clerk of the Court

Telephone: 508-831-2357 (session Clerk) or 508-831-2348